June 17, 2008

**BY FACSIMILE**

Honorable Barbara S. Jones
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   United States of America v. Saunders, et al.
          07 Cr 3 (BSJ)

Dear Judge Jones:

     I represent defendant Paul Love in the above-captioned matter. I write on behalf of Mr. Love to respectfully request a two week extension of Mr. Love's deadline to file motions, which is currently set for June 16, 2008. We are in discussions to resolve the matter with the United States Attorney's Office and hope to reach a final agreement in the next two weeks.

     Accordingly, Mr. Love respectfully requests that he be permitted to file his motions on June 30, 2008, and that the Government's response, which is currently due on July 18, 2008, be due on August 8, 2008. This is Mr. Love's first request for an extension for an extension of these deadlines.

      I have consulted with the Assistant United States Attorney and they have informed us that the Government has no objection to this request. Thank you for your consideration of this matter.

                                                              Yours truly,

                                                        Julie A. Clark, Esq.

SO ORDERED:

_____
Hon. Barbara S. Jones

cc:     Assistant United States Attorney
        All Counsel of Record