# JULIE A. CLARK

*Attorney at Law*

32 COURT STREET, SUITE 707
BROOKLYN, NEW YORK 11201
(718) 625-6888
Fax (718) 625-6977

Member of
NY & NJ Bars

Respond to NY office
NEW JERSEY OFFICE
665 Newark Avenue
Jersey City, NJ 07306
PH (201) 656-0098
FAX (201) 656-0914

June 17, 2008

**BY FACSIMILE**

Honorable Barbara S. Jones
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   United States of America v. Saunders, et al.
      07 Cr 3 (BSJ)

Dear Judge Jones:

　　　I represent defendant Paul Love in the above-captioned matter. I write on behalf of Mr. Love to respectfully request a two week extension of Mr. Love's deadline to file motions, which is currently set for June 16, 2008. We are in discussions to resolve the matter with the United States Attorney's Office and hope to reach a final agreement in the next two weeks.

　　　Accordingly, Mr. Love respectfully requests that he be permitted to file his motions on June 30, 2008, and that the Government's response, which is currently due on July 18, 2008, be due on August 8, 2008. This is Mr. Love's first request for an extension for an extension of these deadlines.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

I have consulted with the Assistant United States Attorney and they have informed us that the Government has no objection to this request. Thank you for your consideration of this matter.

Yours truly,

Julie A. Clark, Esq.

Application Granted

SO ORDERED:

Hon. Barbara S. Jones
6/25/08

cc: Assistant United States Attorney
All Counsel of Record