

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2019

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *United States v. Paul Love*, 07 Cr. 03 (LAP)

Dear Judge Preska:

     The parties in this matter are currently scheduled to appear before the Court on April 23, 2019. As a result of a conflict with the schedule of the Pretrial Services Officer assigned to Mr. Love's case, and with the consent of all parties, the Government respectfully requests that the April 23 conference be adjourned to May 7, 2019 at 2:00 p.m., a time the parties understand is available to the Court.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

    by: _____*Daniel Nessim*_____
          Daniel G. Nessim
          Assistant United States Attorney
          (212) 637-2486